E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the matter of

Zhoe Goldsborough

    Plaintiff,

v.

San Francisco Unified School District

    Defendant.

_____/

CASE NO. C 05-01210 PJH

[PROPOSED] ORDER SELECTING ADR PROCESS

**[PROPOSED] ORDER**

Pursuant to the Stipulation Selecting ADR Process, the captioned matter is hereby referred to:

    Mediation

Deadline for ADR session: November 30, 2005

IT IS SO ORDERED.

Dated: 8/1/05

_____
UNITED STATES MAGISTRATE JUDGE
Dist Judge

Zhoe Goldsborough v. San Francisco Unified School District; C 05-01210 PJH
[PROPOSED] ORDER SELECTING ADR PROCESS