# Law Office of Kathryn E. Dobel
**2026 Delaware Street**
**Berkeley, CA 94709**
**(510) 548-2004**
**Fax (510) 843-0833**
**spedlaw@comcast.net**

August 11, 2005


Hon. Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
VIA E-FILING

RE: <u>Gary Goldsborough v. San Francisco Unified School District</u>; C 05-01210 PJH

Dear Judge Hamilton:

The case has been settled and the parties are requesting that the Court vacate the Case Management Conference that is currently scheduled in this matter for August 18, 2005. The parties are finalizing settlement language and will inform the Court of final settlement within 7 days.

Very truly yours,

/s/

Kathryn E. Dobel


KED/jf

cc:   Lenore Silverman, Esq. by fax
      clients by mail



IT IS SO ORDERED
Judge Phyllis J. Hamilton