KATHRYN ELIZABETH DOBEL
CSB # 85530
LAW OFFICE OF KATHRYN E. DOBEL
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
spedlaw@comcast.net

Attorney for Zhoe Goldsborough

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHOE GOLDSBOROUGH,

    Plaintiff,

vs.

SAN FRANCISCO UNIFIED
SCHOOL DISTRICT,

    Defendant,

_____ /

Case No. C-05-01210 PJH

**STIPULATION TO REQUEST DISMISSAL AND ORDER OF DISMISSAL**

  The case is settled and the final processing of the matter has been completed. We respectfully request that the matter now be dismissed.

Dated: August 19, 2005                            /s/
                                                          Kathryn Dobel
                                                          Attorney for Zhoe Goldsborough

Dated: August 19, 2005                            /s/
                                                          Lenore Silverman
                                                          Attorney for District

1

## ORDER

2   Good cause appearing, it is so ordered that the matter be dismissed.

3

4

5

_____

6   HONORABLE PHYLLIS J. HAMILTON
Judge of the U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KATHRYN ELIZABETH DOBEL
CSB # 85530
LAW OFFICE OF KATHRYN E. DOBEL
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
spedlaw@comcast.net

Attorney for Zhoe Goldsborough

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOE GOLDSBOROUGH | Case No. C-05-01210 PJH |
| Plaintiff, | VERIFICATION OF E-FILING SIGNATURES BY KATHRYN E. DOBEL |
| vs. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT | |
| Defendant | |

_____/

<u>VERIFICATION OF SIGNATURES</u>

I, Kathryn E. Dobel, hereby attest:

1. I am the counsel for Zhoe Goldsborough. I have obtained the original signature of the Attorney for the Defendant, Lenore Silverman, on the Verification e-filed herein in the **Stipulation to Request Dismissal and Order of Dismissal**.

Stip. to Request Dismissal; Verif. of E-Filing Signatures; <u>Zhoe Goldsborough v. SFUSD</u>; C-05-01210 PJH -3-

2. I have also obtained the original signature of the staff in my office serving all pleadings filed by e-filing, i.e. John Fonseca.

3. I can attest that the relevant conformed signatures on the e-filing documents represent the signatures of Lenore Silverman and John Fonseca.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 19, 2005, at Berkeley, California.

/s/
Kathryn E. Dobel

## PROOF OF SERVICE BY FAX & MAIL

I declare that I am a citizen of the United States of America and over the age of eighteen years.

I am employed in the County of Alameda, California, and am not a party to the within action; my business address is 2026 Delaware Street, Berkeley, California 94709.

On the date below, I served the **STIPULATION TO REQUEST DISMISSAL AND ORDER OF DISMISSAL** and **VERIFICATION OF E-FILING SIGNATURES BY KATHRYN E. DOBEL** in said action by faxing a copy to the number listed below and by placing a true copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Berkeley, California addressed as follows:

Lenore Silverman, Esq.                                      FAX NO. 415-241-6371
San Francisco Unified School District
555 Franklin Street 3rd Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 19, 2005, at Berkeley, California.

/s/
John Fonseca

Stip. to Request Dismissal; Verif. of E-Filing Signatures; Zhoe Goldsborough v. SFUSD; C-05-01210 PJH -5-